IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NIGEL DEDIEECE CARTER,** | : | CIVIL ACTION NO. 1:22-CV-1010 |
| | : | |
| Petitioner | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **CHESTER COUNTY PRISON,** *et al.*, | : | |
| | : | |
| Respondents | : | |

# **ORDER**

AND NOW, this 28th day of July, 2022, upon consideration of the petition (Doc. 2) for writ of habeas corpus, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition (Doc. 2) for writ of habeas corpus is DISMISSED WITHOUT PREJUDICE.

2. A certificate of appealability shall not issue.

3. The Clerk of Court is DIRECTED to close this case.

/S/ C<small>HRISTOPHER</small> C. C<small>ONNER</small><br>
Christopher C. Conner<br>
United States District Judge<br>
Middle District of Pennsylvania